SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND<br><br>Plaintiffs,<br>vs.<br><br>LEROY UELAND, individually and doing business as UELAND ELECTRIC,<br><br>Defendants. | CASE NO.: C 09-00234 PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND XXXXXXXXXX ORDER<br><br>Date:  October 13, 2009<br>Time:  2:00 P.M.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Mag. Judge Patricia V. Trumbull |

Plaintiffs in the above-entitled action submit this Case Management Statement and proposed order, and request that the court adopt it as the Case Management Order in this case. The complaint was served on February 3, 2009. Plaintiffs were working with Defendant to settle the matter, but settlement negotiations have failed. Plaintiffs are planning to file a Request for Entry of Default in the above referenced matter.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

1

1  Funds.

2     Plaintiffs would like to continue the case for thirty (30) days in order to complete the
3  Request for Entry of Default. Therefore, Plaintiffs request that the case be continued until
4  November 17, 2009, for another Case Management Conference.

5

6     Respectfully submitted,

7

8  Dated: October 6, 2009

    SUE CAMPBELL
9     Attorney for Plaintiff

10

11     **ORDER**

12     The Case Management Conference is hereby continued to November 17, 2009, at 2:00
13  P.M., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days
14  prior to the Case Management Conference.

15

16  Dated: October 8, 2009

17     MAG.     JUDGE OF THE U.S. DISTRICT COURT

18
19
20
21
22
23
24
25
26
27
28

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER