SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax: (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND<br><br>Plaintiffs,<br>vs.<br><br>LEROY UELAND, individually and doing business as UELAND ELECTRIC,<br><br>Defendants. | CASE NO.: C 09-00234 PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ]xxxxxxxxx) ORDER<br><br>Date: February 9, 2010<br>Time: 2:00 P.M.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Mag. Judge Patricia V. Trumbull |

Plaintiffs in the above-entitled action submit this Case Management Statement and proposed order, and request that the court adopt it as the Case Management Order in this case. The complaint was served on February 3, 2009. Default was entered on October 15, 2009. Plaintiffs are continuing final settlement negotiations with Defendant. Plaintiffs are expecting payment in full within fourteen days. If Defendant does not provide payment in full within the next fourteen days, Plaintiffs will continue with default judgment proceedings.

1

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for thirty (30) days pending payment in full from Defendant. Therefore, Plaintiffs request that the case be continued until March 9, 2010, for another Case Management Conference.

Respectfully submitted,

Dated: February 5, 2010  /S/   Sue Campbell
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to March 9, 2010, at 2:00 P.M., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: February 5, 2010

Patricia V. Trumbull
JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER