SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY UELAND, individually and doing business as UELAND ELECTRIC, <br><br> Defendants. | CASE NO.: C 09-00234 PVT <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND Ixxxxxxxx D ORDER <br><br> Date:  March 9, 2010 <br> Time:  2:00 P.M. <br> Place: Courtroom 5, 4th Floor <br> Judge: Hon. Mag. Judge Patricia V. Trumbull |

Plaintiffs in the above-entitled action submit this Case Management Statement and proposed order, and request that the court adopt it as the Case Management Order in this case. The complaint was served on February 3, 2009. Default was entered on October 15, 2009. Plaintiffs have settled the matter. Plaintiffs were informed by correspondence received on March 1, 2010 that payment in full would be sent within ten days.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

Plaintiffs have signed a settlement agreement with the bonding company for payment of the balance due on the complaint. We request to continue the case for thirty (30) days for receipt of the check. Therefore, Plaintiffs request that the case be continued until April 13, 2010, for another Case Management Conference.

Respectfully submitted,

Dated: March 1, 2010

/S/     Sue Campbell
SUE CAMPBELL
Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to April 13, 2010, at 2:00 P.M., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: March 2, 2010

*Patricia V. Trumbull*
JUDGE OF THE U.S. DISTRICT COURT